FILED

MAY 11 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK



IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (916) 862-6932 | CASE NO. 2:18-SW 431 AC<br><br>**ORDER PROHIBITING NOTIFICATION TO ANY PERSON OF THE EXISTENCE OF SEARCH WARRANT**<br><br>**FILED UNDER SEAL** |

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding T-Mobile US, Inc. ("T-Mobile"), an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscriber and customer of the account listed in the search warrant) of the existence of the attached search warrant for 30 days from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation, including by giving the target an opportunity to flee from prosecution. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that T-Mobile shall not disclose the existence of the attached search warrant, or this Order of the Court, to the listed subscriber or to any other person, for 30 days from the date of this Order, except that T-Mobile may disclose the attached search warrant to an attorney for T-Mobile for the purpose of receiving legal advice.

//

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Dated: 5/11/18

_____
Allison Claire
United States Magistrate Judge