McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America



FILED
JUN 25 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANT CONCERNING: <br><br> The Cellular Telephone Assigned Call Number (916) 862-6932 | CASE NO. 2:18-SW-431 AC <br><br> [PROPOSED] ORDER REGARDING MOTION TO UNSEAL SEARCH WARRANT MATERIALS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the case shall be unsealed. The unredacted search warrant shall remain under seal, and the government shall file a redacted application and affidavit. The government may produce an unredacted copy of the sealed application and affidavit to defense counsel in *United States v. Loretta Stewart-Cabrera*, No. 2:18-CR-85-KJM.

DATED: 6-25-2018

Hon. Edmund F. Brennan
United States Magistrate Judge

1